UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WAYMON CHESTER, :
:
       Petitioner, : Civil No. 10-4192 (FSH)
:
  v. : **ORDER**
:
GREG BARTOWSKI, et al., :
:
       Respondents. :

    Petitioner Waymon Chester has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an Application [5] to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

    Based upon Petitioner's affidavit of indigence, IT IS on this 4th day of November, 2010,

    ORDERED that Petitioner's application [5] to proceed in forma pauperis is hereby GRANTED.

                                        s/ Faith S. Hochberg
                                        Faith S. Hochberg
                                        United States District Judge